IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL,<br><br>        Plaintiff,<br><br>  v.<br><br>CARLOS MARTINEZ,<br><br>        Defendant.<br>                                        / | No. C 12-03964 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On June 27, 2012, defendant Carlos Martinez filed a notice of removal with this Court. On August 8, plaintiff U.S. Bank National Association filed a motion to remand. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition thereto was due by August 22. None was received. Defendant is hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Defendant must file a written response to this order by **SEPTEMBER 18, 2012**. If no response is filed, plaintiff's motion to remand may be granted. The hearing set for September 20, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE