IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCAP REO CORPORATION,

    Plaintiff,

v.

CARLOS MARTINEZ, IMELDA S. CRUZ, CARLOS MARTINEZ, and DOES 1 through 100, inclusive,

    Defendants.
   /

No. C 12-03964 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **SEPTEMBER 27, 2012, AT 11:00 A.M.** All initial deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: September 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE