IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCAP REO CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>CARLOS MARTINEZ, IMELDA S. CRUZ, CARLOS MARTINEZ, and DOES 1 through 100, inclusive,<br><br>        Defendants.<br>                                            / | No. C 12-03964 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court **CONTINUES** the case management conference to **SEPTEMBER 27, 2012, AT 11:00 A.M.** All initial deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: September 11, 2012.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE