IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCAP REO CORP.,

    Plaintiff,

v.

RICARDO G. CRUZ, IMELDA S. CRUZ, CARLOS MARTINEZ, and DOES 1 through 100, inclusive,

    Defendants.

No. C 12-03964 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **OCTOBER 4, 2012, AT 11:00 A.M.** pending determination re related cases. All deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: September 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE