IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCAP REO CORP., | No. C 12-03964 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| RICARDO G. CRUZ, IMELDA S. CRUZ, CARLOS MARTINEZ, and DOES 1 through 100, inclusive, | |
| Defendants. | |

The Court **CONTINUES** the case management conference to **OCTOBER 4, 2012, AT 11:00 A.M.** pending determination re related cases. All deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: September 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE